IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02092-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

   Plaintiff,

v.

JOHN DOES 1-11, 13-20,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed on April 8, 2016 (ECF No. 27) and Plaintiff's Notice of Dismissal of Case (ECF No. 28), it is

ORDERED that Defendant John Doe 17 is **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that the remaining Defendants and this case are **DISMISSED WITHOUT PREJUDICE**.

   Dated:  April 11, 2016

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge